Duffin Iron Company, appellee, v. Kurt Rosenthal, trading as Kurt Rosenthal & Company, appellant. Gen. No. 29,804.

Action for damages for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court

for the first district at the October term, 1924. Affirmed. Opinion filed July 14, 1925. Rehearing denied July 24, 1925.

Theodore Rubovits, for appellant. Brown, Fox & Blumberg, for appellee.

Mr. Justice Gridley delivered the opinion of the court.